CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

JAN 22 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DIANNA ROCHELLE HATCHER SAWYERS | ) | Case No: 4:10-CR-00003-002 |
| | ) | USM No: 14484-084 |
| Date of Previous Judgment: 06/06/2011 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____     Amended Offense Level: _____
Criminal History Category: _____     Criminal History Category: _____
Previous Guideline Range: _____ to _____ months     Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Defendant's sentence is well below the applicable Guidelines range. Even if Defendant were granted a reduction in her offense level, it would not result in a lower sentence.

Except as provided above, all provisions of the judgment dated 06/06/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 01/22/2015

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title